**JOHNNIE WOLUEWICH, ESQ.**

*Attorney and Counselor at Law*

984 MORRIS PARK AVENUE
BRONX, NEW YORK 10462
TELEPHONE: (212) 335-0696
EMAIL: JWOLUEWICH@GMAIL.COM

February 25, 2025

Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

RE: **SIMON ISAKOV V SUSHI NAKAZAWA, LLC**
<u>CASE #: 24-CV-9488 (RA)</u>

Dear Judge Abrams:

My name is Johnnie Woluewich, Esq. As you may recall, my office represents the defendant corporation, Sushi Nakazawa, LLC, in the above-referenced action.

Plaintiffs' counsel and I are actively discussing the resolution of this matter. In furtherance of the same, Plaintiffs' counsel has agreed to provide me certain documentation related to Plaintiffs' claims (including, without limitation, the applicable SortSite report). It is my understanding that Plaintiffs' counsel has recently reorganized its law firm and is operating out of at a new location. Accordingly, Plaintiffs' counsel shall provide me with the aforementioned documentation on or before March 7, 2025.

In light of the foregoing, the Parties respectfully request a Thirty (30) day extension of time for Defendant to respond to Plaintiffs' Complaint.

Finally, I respectfully note that this is the second request for an extension. If required, the Parties will file their joint letter within Fifteen (15) days of the new date set forth by this Honorable Court.

I thank Your Honor in advance.

Respectfully submitted,

Johnnie Woluewich, Esq.
Attorney for Sushi Nakazawa, LLC
984 Morris Park Avenue
Bronx, New York 10462
(212) 335-0696

cc: Asher Cohen Law, PLLC